Certificate Number: 20668-NJ-DE-039087856

Bankruptcy Case Number: 24-20879



20668-NJ-DE-039087856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2024</u>, at <u>3:37</u> o'clock <u>PM EST</u>, <u>Deidra Graves</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  November 20, 2024            By:    /s/Kathleen B Mills

                                    Name:  Kathleen B Mills

                                    Title: TEN Financial Educator