Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−20879−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deidra Graves
   fka Deidra D. Graves, fka Deidra Dorothia
   Graves
   122 Greenvale Road
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−2289

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/4/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: June 4, 2025
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20879-JNP |
| Deidra Graves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidra Graves, 122 Greenvale Road, Cherry Hill, NJ 08034-1706 |
| 520443777 | + | Ccs Collections 60357, 725 Canton Street, Newton, MA 02062-2609 |
| 520443779 | + | Jefferson Health System, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520475700 | + | EDI: AIS.COM | Jun 05 2025 00:29:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520443776 | + | Email/Text: ebn@carepayment.com | Jun 04 2025 20:46:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 520443778 | ^ | MEBN | Jun 04 2025 20:39:44 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 520506281 | | Email/Text: BNCnotices@dcmservices.com | Jun 04 2025 20:45:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520443780 | ^ | MEBN | Jun 04 2025 20:37:44 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520443781 | ^ | MEBN | Jun 04 2025 20:37:45 | Quality Asset Recovery LLC (QAR), PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520443782 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 04 2025 20:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520508888 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 04 2025 20:46:00 | The Bank of New York Mellon at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520495854 | + | EDI: AIS.COM | Jun 05 2025 00:29:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520443783 | ^ | MEBN | Jun 04 2025 20:39:29 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 15 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tamika Nicole Wyche | on behalf of Debtor Deidra Graves daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4